DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GREEN

No. 411PA88.

Case below: 91 N.C. App. 127.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 November 1988.

STATE v. ROBEY

No. 435P88.

Case below: 91 N.C. App. 198.

Notice of appeal by Attorney General pursuant to G.S. 7A-30 dismissed 3 November 1988. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied and supersedeas dissolved 3 November 1988.

STATE v. STURKIE

No. 439PA88.

Case below: 91 N.C. App. 249.

Petition by defendant for writ of supersedeas to stay judgment of superior court and motion for bond denied 17 October 1988. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 17 October 1988. Petition by Attorney General for writ of supersedeas to stay judgment of Court of Appeals allowed 17 October 1988.

STATE EX REL. BRYANT v. STOREY

No. 374P88.

Case below: 90 N.C. App. 770; 323 N.C. 369.

Motion by plaintiff for reconsideration of petition for discretionary review denied 3 November 1988.

WHITING v. THE DURHAM HERALD

No. 400P88.

Case below: 90 N.C. App. 772.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.